

# United States District Court
# Eastern District of California

| SKYLAB VENTURES, INC. | |
|---|---|
| Plaintiff(s) | Case Number: 2:21-CV-01945 KJM AC |

V.

| WKND DIGITAL; CHANDLER WELLING | APPLICATION FOR PRO HAC VICE |
|---|---|
| Defendant(s) | AND PROPOSED ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Mark T. Freeman hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Defendant and Counter-Claimant Chandler Welling

On 10/17/1995 (date), I was admitted to practice and presently in good standing in the USDC Middle District - Tennessee (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 1/26/22      Signature of Applicant: /s/ Mark T. Freeman

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Mark T. Freeman |
| Law Firm Name: | FREEMAN & FUSION |
| Address: | 2126 21st Avenue South |
| | Nashville |
| City: | Nashville     State: TN     Zip: 37212 |
| Phone Number w/Area Code: | (615) 298-7272 |
| City and State of Residence: | Nashville, TN |
| Primary E-mail Address: | mark@freemanfusion.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Wesley C.J. Ehlers |
| Law Firm Name: | EHLERS LAW CORPORATION |
| Address: | 2600 Captiol Avenue |
| | Suite 320 |
| City: | Sacramento     State: CA     Zip: 95816 |
| Phone Number w/Area Code: | (916) 442-0300     Bar # 181537 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 1, 2022

_[signature]_
CHIEF UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE



# CERTIFICATE OF GOOD STANDING

I, **LYNDA M. HILL,** Clerk of the United States District Court for the Middle District of Tennessee, do hereby certify that

**MARK T. FREEMAN**

was duly admitted to practice in said Court on

**October 17, 1995**

and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on   January 13, 2022   .

LYNDA M. HILL, CLERK OF COURT

By: _____
Deputy Clerk